1  Patrick R. Leverty, Esq., NV Bar No. 8840
   pat@levertylaw.com
2  William R. Ginn, Esq., NV Bar No. 6989
   bill@levertylaw.com
3  832 Willow Street
   Reno, NV 89502
4  Telephone: (775) 322-6636
   Attorneys for AJ Construction LLC
5

6                **UNITED STATES DISTRICT COURT**

7                   **DISTRICT OF NEVADA**

8  AJ CONSTRUCTION LLC                    | Case No.:  2:23-CV-01722-CDS-BNW
9                Plaintiff                | **STIPULATION TO EXTEND DUE DATE**
10                                        | **OF JOINT PRETRIAL ORDER**
                                          | **(FOURTH REQUEST)**
11

12 vs.

13 NEXT INSURANCE US COMPANY AND
   THE JACOBSON AGENCY
14
              Defendants

15

16        Pursuant to LR IA 6-1, LR 7-1 and LR 26-3, the parties, through their respective
17 undersigned counsel, stipulate to extend the dates for filing the joint pretrial order by 30 days, from
18 Monday, March 17, 2025 to Thursday, April 17, 2025, as set forth in the operative scheduling
19 order (ECF 34). This stipulation constitutes the parties' fourth request for an extension of dates,
20 but first request solely for the joint pretrial order. This request is sought due to the ongoing
21 negotiations between the parties to resolve the matter. The parties respectfully submit that good
22 cause exists for the requested extension based on the following:

23 **I.     Discovery that has been completed**

24        To date, the following discovery has been completed:

25        1.      Next Insurance conducted an inspection of the subject property on November 2,
26                2023;

27        2.      The parties served their initial disclosures pursuant to Fed. R. Civ. P. 26 in
28                December 2023;

                                          1

3.   Jacobson propounded written discovery (interrogatories and requests for production of documents) to AJ on January 22, 2024;

4.   Next Insurance propounded written discovery (requests for admission, interrogatories and requests for production) to AJ on January 23, 2024;

5.   AJ responded to Jacobson's written discovery on February 22, 2024;

6.   AJ responded to Next Insurance's written discovery on February 22 and February 27, 2024;

7.   AJ propounded written discovery (interrogatories and requests for production of documents) to Jacobson on February 28, 2024;

8.   AJ propounded written discovery (requests for production of documents) to Next Insurance on February 28, 2024;

9.   Next Insurance responded to AJ's written discovery on April 15, 2024.

10.  AJ propounded additional interrogatories on Jacobson on June 11, 2024

11.  Jacobson responded to AJ's interrogatories on July 16, 2024

12.  Deposition of Mr. Carradine on January 16, 2025.

## II.   Discovery that remains to be completed

All outstanding discovery has been completed.

## III.   Reasons why the Joint Pretrial Order date should be continued.

On January 13, 2025, the parties held a mediation with the Hon. Abbi Silver. At that time, the mediation was not successful, however Judge Silver has continued to work with AJ Construction and Jacobson to attempt to reach a resolution.

There have been some delays regarding the ongoing mediation and negotiations among the parties. On AJ Constructions part, there have been ongoing medical issues with the wife of Mr. Carradine, AJ's principal, that have caused delays in responding to offers/counteroffers.

Jacobson Agency has a new adjustor on the case who is still getting up to speed and determining how to best resolve issues. This has also caused delays.

Finally, Judge Silver is unavailable the week of March 17, 2025 to continue the discussions.



2

1    Shortly after the mediation, Next Insurance has accepted an offer of judgment in the above

2  entitled action, and will be dismissed from the case shortly upon completion of signing the

3  settlement documents, receipt of the check, and the check clearing. It is anticipated that these will

4  be concluded within the next two weeks.

5  **IV.    Proposed schedule for completing the Pretrial Order**

6    This fourth request for an extension of time is not sought for delay or any other improper

7  purpose. Rather, the parties seek this extension to allow the mediation to continue in the hopes of

8  complying with Fed. R. Civ. Proc. 1, and avoid the needless expense of time and money

9    The parties proposed the following dates:

| Event | Existing Deadline | Proposed New Deadline |
|---|---|---|
| Initial Expert Disclosures | Monday, November 18, 2024 | Date Passed, N/A |
| Rebuttal Expert Disclosures | Monday, December 16, 2024 | Date Passed, N/A |
| Discovery Cut-Off | Wednesday, January 22, 2025 | Date Passed, N/A |
| Dispositive Motions | Tuesday, February 11, 2025 | Date Passed, N/A |
| Pretrial Order | Monday, March 17, 2025 | April 17, 2025 |

    Accordingly, the parties respectfully request that this Court extend the operative discovery

plan and scheduling order by 30 (30) days, where applicable, as indicated in the preceding table.

16    Dated this 17th Day of March, 2025        Dated this 17th Day of March, 2025

17    LEVERTY & ASSOCIATES LAW, CHTD        WOOD SMITH HENNING & BERMAN,
18                            LLP

20  /s/ William R. Ginn                          /s/ Mark F. Roach
    William R. Ginn, Esq., NV Bar No. 6989        Mark F. Roach, Esq, NV Bar No. 8237
21  Patrick R. Leverty, Esq., NV Bar No. 8840      Alexandra J. Matloff, NV Bar No. 16109
    832 Willow Street                             2881 Business Park Court, Suite 200
22  Reno, Nevada  89502                           Las Vegas, NV 89129-9020
    *Attorneys for AJ Construction LLC.*          *Attorneys for Defendant The Jacobson
23                                                Agency, LLC*

25                            **ORDER**

26    IT IS SO ORDERED

27                            _____
                            UNITED STATES MAGISTRATE JUDGE

28                            DATED: March 18, 2025

**CERTIFICATE OF SERVICE**

Pursuant to Rule 5(b) of the Federal Rules of Civil Procedure, I hereby certify under penalty of perjury that I am an employee of Leverty & Associates Law, Chtd., and that service of the foregoing Stipulation to extend Due Date of Joint Pretrial Order (Fourth Request) was made via the Court's electronic filing system to all listed counsel of record:

Mark F. Roach
Alexandra J. Matloff
Wood, Smith, Henning & Berman, LLP
2881 Business Park Court, Suite 200
Las Vegas, NV 89129-9020

*Attorneys for Defendant The Jacobson Agency, LLC*

DATED: March 17, 2025

_____
An Employee of Leverty & Associates Law Chtd.