Josh Cole Aicklen
Nevada Bar No. 7254
Josh.Aicklen@lewisbrisbois.com
Jeffrey D. Olster
Nevada Bar No. 8864
Jeff.Olster@lewisbrisbois.com
Philip J. Tacason
Nevada Bar No. 15655
Philip.Tacason@lewisbrisbois.com
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
Tel: (702) 893-3383
Fax: (702) 893-3789

Attorneys for Defendant
*NEXT INSURANCE US COMPANY*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| AJ CONSTRUCTION LLC,<br><br>    Plaintiff<br><br>vs.<br><br>NEXT INSURANCE US COMPANY; THE JACOBSON AGENCY; DOES I-XXX; ABC CORPORATIONS A-M; LIMITED LIABILITY PARTNERSHIPS N-Z,<br><br>    Defendants<br><br>NEXT INSURANCE US COMPANY,<br><br>    Defendant/Cross-Claimant<br><br>vs.<br><br>THE JACOBSON AGENCY; DOES I-XXX; ABC CORPORATIONS A-M; LIMITED LIABILITY PARTNERSHIPS N-Z,<br><br>    Cross-Defendant | Case No. 2:23-cv-01722-CDS-BNW<br><br>**STIPULATION AND ORDER FOR DISMISSAL OF CROSS-CLAIM WITH PREJUDICE** |

156099197.1

Pursuant to LR 7-1, cross-claimant NEXT INSURANCE US COMPANY ("NEXT") and cross-defendant THE JACOBSON AGENCY, LLC ("JACOBSON"), through their respective counsel, stipulate that NEXT'S Cross-Claim against JACOBSON (ECF No. 21) shall be dismissed with prejudice, with each party to bear its own attorneys' fees and costs.

DATED: April 23, 2025

Wood, Smith, Henning & Berman LLP

/s/ *Mark F. Roach*
Mark F. Roach, NV Bar No. 8237
Alexandra J. Matloff, NV Bar No. 16109
2881 Business Park Court, Suite 200
Las Vegas, NV 89128
*Attorneys for Cross-Defendant*
*The Jacobson Agency, LLC*

DATED: April 23, 2025

Lewis Brisbois Bisgaard & Smith LLP

/s/ *Jeffrey D. Olster*
Josh Cole Aicklen, NV Bar 7254
Jeffrey D. Olster, NV Bar 8864
Philip J. Tacason, NV Bar 15655
6385 S. Rainbow Blvd, Suite 600
Las Vegas, NV 89118
*Attorneys for Cross-Claimant*
*Next Insurance US Company*

## ORDER

Based on the parties' stipulation, and under Fed. R. Civ. P. 41(a)(1)(A)(ii), (c), Next Insurance US Company's crossclaim against The Jacobson Agency, LLC is dismissed with prejudice, with each party to bear its own costs and fees.

_____
UNITED STATES DISTRICT JUDGE

DATED: April 23, 2025

2