UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| AJ Construction LLC, | Case No. 2:23-cv-01722-CDS-BNW |
| Plaintiff | **Order Directing Parties to File a Proposed Joint Pretrial Order** |
| v. | |
| Next Insurance US Company, et al., | |
| Defendants | |

In March, United States Magistrate Judge Brenda Weksler approved the parties' stipulation to extend the joint pretrial order deadline. Order, ECF No. 36. Pursuant to that order, the parties were to file their joint pretrial order on April 17, 2025. *Id.* It has been two weeks since that date and the parties still have not done so.

The parties are advised to consult the Local Rules of Practice (April 17, 2020) for guidance on content and formatting and ordered to file a proposed joint pretrial order consistent with Local Rules 16-3 and 16-4 by May 9, 2025.

Dated: May 1, 2025

_____
Cristina D. Silva
United States District Judge