Josh Cole Aicklen
Nevada Bar No. 7254
Josh.Aicklen@lewisbrisbois.com
Jeffrey D. Olster
Nevada Bar No. 8864
Jeff.Olster@lewisbrisbois.com
Philip J. Tacason
Nevada Bar No. 15655
Philip.Tacason@lewisbrisbois.com
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
Tel: (702) 893-3383
Fax: (702) 893-3789

Attorneys for Defendant
*NEXT INSURANCE US COMPANY*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| AJ CONSTRUCTION LLC,<br><br>   Plaintiff<br><br>vs.<br><br>NEXT INSURANCE US COMPANY; THE JACOBSON AGENCY; DOES I-XXX; ABC CORPORATIONS A-M; LIMITED LIABILITY PARTNERSHIPS N-Z,<br><br>   Defendants<br><br>NEXT INSURANCE US COMPANY,<br><br>   Defendant/Cross-Claimant<br><br>vs.<br><br>THE JACOBSON AGENCY; DOES I-XXX; ABC CORPORATIONS A-M; LIMITED LIABILITY PARTNERSHIPS N-Z,<br><br>   Cross-Defendants | Case No. 2:23-cv-01722-CDS-BNW<br><br>**STIPULATION TO DISMISS PLAINTIFF'S COMPLAINT AGAINST DEFENDANT NEXT INSURANCE US COMPANY** |

156099160.1

Pursuant to LR 7-1, plaintiff AJ CONSTRUCTION LLC ("AJC") and defendant NEXT INSURANCE US COMPANY ("NEXT"), through their respective counsel, stipulate that AJC's Complaint (ECF No. 1-1) against NEXT only shall be dismissed with prejudice, with each party to bear its own attorney fees and costs. This stipulation does not affect AJC's Complaint against defendant THE JACOBSON AGENCY.

| | |
|---|---|
| DATED: May 6, 2025 | DATED: May 6, 2025 |
| Leverty & Associates Law, Chtd. | Lewis Brisbois Bisgaard & Smith LLP |
| /s/ William R. Ginn | /s/ Jeffrey D. Olster |
| William R. Ginn, NV Bar No. 6989<br>Patrick R. Leverty, NV Bar No. 8840<br>832 Willow Street<br>Reno, NV 89502<br>Attorneys for Plaintiff<br>AJ Construction, LLC | Josh Cole Aicklen, NV Bar 7254<br>Jeffrey D. Olster, NV Bar 8864<br>Philip J. Tacason, NV Bar 15655<br>6385 S. Rainbow Blvd., Suite 600<br>Las Vegas, NV 89118<br>Attorneys for Defendant<br>Next Insurance US Company |

## ORDER

Based on the parties' stipulation, defendant Next Insurance US Company is dismissed with prejudice, with each party to bear its own costs and fees.

_____
UNITED STATES DISTRICT JUDGE

DATED: May 8, 2025