Janice M. Michaels
Nevada Bar No. 6062
Mark F. Roach
Nevada Bar No. 8237
**WOOD, SMITH, HENNING & BERMAN LLP**
2881 Business Park Court, Suite 200
Las Vegas, Nevada 89128-9020
Phone: 702 251 4100
Fax: 702 251 5405
jmichaels@wshblaw.com
mroach@wshblaw.com

Attorneys for Defendant, The Jacobson Agency, LLC

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| AJ CONSTRUCTION LLC,<br><br>             Plaintiff<br><br>v.<br><br>THE JACOBSON AGENCY,<br><br>             Defendant | Case No. 2:23-cv-01722-CDS-BNW<br><br>**STIPULATION OF DISMISSAL**<br>**[FRCP 41(a)]** |

    Plaintiff, AJ CONSTRUCTION LLC and Defendant THE JACOBSON AGENCY by their respective counsel hereby stipulate under FEDERAL RULE OF CIVIL PROCEDURE 41(A)(1)(ii) that this action be dismissed with prejudice as to all claims, causes of action, and parties, with each

38157304.1:06142-2259

Case No. 2:23-cv-01722-CDS-BNW

party bearing that party's own attorney's fees and costs.

Plaintiff herein has previously dismissed its claims as to Defendant NEXT INSURANCE US COMPANY. Defendant herein has previously dismissed its cross-claim against Defendant NEXT INSURANCE US COMPANY and no claims remain as to that Defendant.

Dated this 3rd Day of June, 2025

LEVERTY & ASSOCIATES LAW, CHTD

*/s/ William R. Ginn*
William R. Ginn, Esq., NV Bar No. 6989
Patrick R. Leverty, Esq., NV Bar No. 8840
832 Willow Street
Reno, Nevada  89502
*Attorneys for AJ Construction LLC.*

Dated this 3rd Day of June, 2025

WOOD SMITH HENNING & BERMAN, LLP

*/s/ Mark F. Roach*
Mark F. Roach, Esq, NV Bar No. 8237
Alexandra J. Matloff, NV Bar No. 16109
2881 Business Park Court, Suite 200
Las Vegas, NV 89129-9020
*Attorneys for Defendant The Jacobson Agency, LLC*

Based on the parties' stipulation, this case is dismissed with prejudice, with each party to bear its own costs and fees. The Clerk of Court is kindly instructed to close this case.

Dated: June 4, 2025

_____
Cristina D. Silva
United States District Judge